UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>a. One (1) Gray iPhone, IMEI: 356942210820315,<br><br>b. One (1) White iPhone, IMEI: 352896111684457,<br><br>c. One (1) Gray iPhone, IMEI: 356137099532509,<br><br>d. One (1) iCOM VHF Marine Transceiver, Model: IC-M73, S/N: 41004266,<br><br>e. One (1) GPS Tracker Family1 APEX 4G, IMEI: 352009117668728,<br><br>f. One (1) Black iPhone with a red cover, IMEI: 354893099508863,<br><br>Defendants *in Rem*. | Civil No.: |

MOTION REQUESTING ISSUANCE OF WARRANT OF
ARREST *IN REM* PURSUANT TO SUPPLEMENTAL RULE
G(3)(B)(i)

TO THE HONORABLE COURT:

COMES NOW, the United States of America, in support of its request for warrant of arrest *in rem*, respectfully states as follows:

1. Plaintiff has commenced a forfeiture action against the Defendants *in Rem* pursuant to

    21 U.S.C. §§ 881(a)(5), (a)(6), and 853(a)(2); and 18 U.S.C. § 98l (a)(l)(A).

2. The Defendants *in Rem* are in the possession, custody, and control of the United States.

3. Pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control.

4. Pursuant to Supplemental Rule G(3)(c), that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it.

WHEREFORE, the United States of America respectfully requests that the Clerk of Court issue a warrant of arrest *in rem* for the Defendants *in Rem*.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of March 2024.

W. STEPHEN MULDROW
United States Attorney

*/s/ Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney – 218011
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Myriam.Y.Fernandez@usdoj.gov