UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>a. One (1) Gray iPhone, IMEI: 356942210820315,<br>b. One (1) White iPhone, IMEI: 352896111684457,<br>c. One (1) Gray iPhone, IMEI: 356137099532509,<br>d. One (1) iCOM VHF Marine Transceiver, Model: IC-M73, S/N: 41004266,<br>e. One (1) GPS Tracker Family1 APEX 4G, IMEI: 352009117668728,<br>f. One (1) Black iPhone with a red cover, IMEI: 354893099508863,<br>Defendants *in Rem*. | Civil No. 24-cv-1124 GMM |

## WARRANT OF ARREST *IN REM* ISSUED PURSUANT TO SUPPLEMENTAL RULE G(3)(B)(i)

To the Immigration and Customs Enforcement-Homeland Security Investigations (ICE-HSI) or any other Duly Authorized Law Enforcement Officer:

WHEREAS, the United States of America filed a Verified Complaint for Forfeiture *in Rem* in the United States District Court for the District of Puerto Rico seeking forfeiture of the Defendants *in Rem*;

WHEREAS the Defendants *in Rem* are in the possession, custody, and control of the United States; and

1

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant *in rem* for the arrest of the Defendants *in Rem*;

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it;

YOU ARE THEREFORE COMMANDED, pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to seize the captioned Defendants *in Rem* and use discretion and whatever means appropriate to protect and maintain the property pending the outcome of this action.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

In San Juan, Puerto Rico, this 18th day of September, 2024.

Ada I. García-Rivera, Esq., CPA
Clerk of Court
United States District Court
District of Puerto Rico

Digitally signed by Ana Duran
Date: 2024.09.18 16:14:44 -04'00'

By: Deputy Clerk